**Copyrights-In-Suit for IP Address 24.1.123.117**

**ISP:** Comcast Cable
**Location:** Chicago, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 12/27/2012 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/30/2013 |
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 12/22/2012 |
| After Hours | PA0001780461 | 11/21/2011 | 03/10/2012 | 02/20/2013 |
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 02/23/2013 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 02/20/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/09/2013 |
| Bottoms Up | PA0001838596 | 04/13/2013 | 04/28/2013 | 05/03/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 03/18/2013 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 02/12/2013 |
| Enchanting Real Orgasms | PA0001833295 | 03/22/2013 | 04/01/2013 | 04/06/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 04/02/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 03/31/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/05/2012 |
| Invisible | PA0001826860 | 02/19/2013 | 02/21/2013 | 02/23/2013 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 03/19/2013 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/02/2013 |
| Marry Me | PENDING | 05/25/2013 | 06/18/2013 | 06/03/2013 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/05/2013 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 12/27/2012 |
| Perfect Together | PA0001805262 | 08/29/2012 | 09/19/2012 | 01/07/2013 |
| Prelude to Passion | PA0001816166 | 11/27/2012 | 12/11/2012 | 11/30/2012 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 04/06/2013 |
| Rolling in the Sheets | PENDING | 06/01/2013 | 06/17/2013 | 06/03/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/22/2013 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 02/12/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 02/05/2013 |
| Simply Stunning | PA0001843103 | 05/03/2013 | 05/14/2013 | 05/04/2013 |
| The Sleepover | PA0001838600 | 04/23/2013 | 04/28/2013 | 04/25/2013 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 05/07/2013 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 12/09/2012 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 12/29/2012 |
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 03/02/2013 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/22/2012 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/17/2013 |

EXHIBIT B

NIL99

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/05/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/20/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 37**

EXHIBIT B

NIL99