# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media LLC

                              Plaintiff,

v.                                          Case No.: 1:13–cv–04970
                                            Honorable Matthew F. Kennelly

John Doe

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 19, 2013:

     MINUTE entry before Honorable Matthew F. Kennelly: On the Court's motion, the order of 8/5/2013 is hereby amended to provide that plaintiff may not file an amended complaint identifying a defendant by name without first seeking leave of court. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.